Shawn Wayne Kinningham
Plaintiff's Full Name(s)

65180-016
Prisoner or Registration Number

Dubois County Security Center
255 Bruche Strasse
Street Address or Postal Box Number

Jasper, Indiana 47546
City, State and Zip code

FILED
U.S. DISTRICT COURT
EVANSVILLE
2014 JAN 14 PM 1:59

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 3:14-CV-3-RLY-WGH
(To be supplied by the Court)

Shawn W. Kinningham
_____ Plaintiff(s)
Full Name(s) (Do not use *et al.*)

v.

Dr. Everson, Jail Commander
Randy Schnell, Dubois County
Sheriff Donnie Lampert,
Dr. William Hove - ACH,
Dr. Greg Rakestraw - ACH,
Advanced Correctional Health Care
(ACH)
_____ Defendant(s).
Full Name(s) (Do not use *et al.*)

1

# CIVIL RIGHTS COMPLAINT

## I. PARTIES

**A. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: Shawn W. Kinningham (USM No. 05180-028)

Present Place of Confinement or Mailing Address: Dubois County Security Center 255 Brucke Strasse; Jasper, IN 47546

**B. Defendant's Information:** *(Note to provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

Name of Defendant 1: Dr. Ronald Everson

Title (if applicable): Doctor - for Dubois County Security Center/ACH

Address of Defendant: Jail: 255 Brucke Strasse

Jasper, Indiana 47546

ACH: Advanced Correctional Healthcare 3922 W. Baring Trace, Peoria, IL 61615

Name of Defendant 2: Randy Schell

Title (if applicable): Jail Commander - Dubois County Security Center

Address of Defendant: 255 Brucke Strasse

Jasper, Indiana 47546

Name of Defendant 3: Donnie Lampert

Title (if applicable): Sheriff - Dubois County Sheriff's Dept.

Address of Defendant: 255 Brucke Strasse

Jasper, Indiana 47546

Name of Defendant 4: Dr. William Hohe

Title (if applicable): Doctor for - Dubois Co. Security Center/ACH

2

Address of Defendant: Jail: 255 Eruche Strasse; Jasper, Indiana 47546

ACH: 3722 W. Baring Trace; Peoria, IL 61615

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. *(If you wish to assert jurisdiction under additional statues, you may fill in the title and section below.)*

_____ U.S.C.§ _____

_____ U.S.C.§ _____

## III. BASIS FOR CLAIMS

Check any applicable item(s):

✓ Complaint Under the Civil Rights Act, **42 U.S.C.§1983**(state, county, or municipal defendants)

___ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S.388 (1971)** (federal defendants)

___ Other (cite statute, if known) _____

## IV. CLAIMS

BRIEFLY state the background of your case:

I (Shaun W. Kinningham) was under the care of Dr. Jose Garcia-Vega under going HRT (Hormone Replacement Therapy). I was arrested and detained May 2013. I requested through the Jail attending Doctors to be placed on my medications as well as attempted to speak with both the Sheriff as

3

Shawn Wayne Kinningham
65180-066
Dubois County Security Center
255 Brucke Strasse
Jasper, Indiana 47546

Shawn W Kinningham, Plaintiff
V.
Dr. Ronald Everson, Jail Commander-Randy Schnell, Dubois County Sheriff Donnie Lampert, Dr. William Hohne-Advanced Correctional Health (ACH), Dr. Greg Rakestraw-Advanced Correctional Health (ACH), Advanced Correctional Health, DEFENDANTS

Civil Rights Complaint
I. PARTIES

B. (Additional) Defendant's Information

Name of Defendant 5: Advanced Correctional HealthCare (ACH)
Title (if applicable):
Address for Defendant: 3922 W. Baring Trace
                      Peoria, IL 61615
Name of Defendant 6: DR. Greg Rakestraw
Title: Directing Doctor-Advanced Correctional Healthcare
Address:      3922 W. Baring Trace
              Peoria, IL 61615

4

well as the Jail Commander regarding my medications. However I have been denied my medications.

(Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim 1:** On or about June 2013 Plaintiff Shaun W. Kinningham submitted a sick slip and was seen by Dr. Ronald Everson for HRT medications. Plaintiff was denied medications by Dr. Ronald Everson. along with other Medications Plaintiff was recieving while in the custody of the Bureau of Prisons after recieving Plaintiffs Medical Records.

**Claim 2:** On or about September 2013 Plaintiff Shaun W. Kinningham wrote a note to the Jail Commander Randy Schnell and Sheriff Donnie Lampert addressing the issues concerning Dr. Everson. Plaintiff was advised that the Jail/Security Center Contracts with ACH for Medical Staffing, and Plaintiff should talk to the Mental Health Counselor as well as the Doctor.

**Claim 3:** On or about October 2013 Plaintiff was seen by Dr. Everson and plaintiff advised Dr. Everson of Plaintiffs concerns and asked why that he was not recieving any medication when in fact Plaintiff has a history of Mental Illness and is Court ordered by the US District Court to undergo Mental Health Counseling & seek an Evaluation as per requirements of his Federal Supervised release

5

Conditions. Plaintiff was on the following Medications while in the Custody of the Federal Bureau of Prisons (in regards to his Mental Illness)

Mirtazapine (Remeron) 15 Mg
Trazodone (Desyrel) 50mg
Buprapin (Wellbutrin) 150 Mg
Doxepin (Sinequan) 150 MG

Plaintiff was then placed on 25 Mg of Doxepin. Plaintiff then Complained to Dr. Ronald Everson as well as the Mental Health Counselor regarding Medications. Mental Health Counselor advised Plaintiff that he was not even being placed on the Minimum requirements of Doxpin when in fact Doxpin is suppose to be prescribed at 150mg tablets per day.

Mental Health Counselor advised plaintiff that she is not allowed to write prescriptions that she can only reccomend to the Doctor what to prescribe and to what doses. Mental Health Counselor also advised plaintiff that she is having issues with Dr. Everson and she spoke with the Sheriff Donnie Lampert as well as her boss at Advanced Correctional Healthcare (ACH).

On December 27, 2013 Plaintiff was seen by the new attending Jail Doctor Dr. William Hoke and was advised that Dr. Ronald Everson was not supervising/seeing inmates at the Jail anymore. Plaintiff advised Dr. William Hoke of medication issues and Dr. Hoke placed Plaintiff on 50mg of Doxpin However denied HRT (Hormone

6

Replacement therapy) Medications. Plaintiff then advised and question whos policy stated that HRT Medications where not permitted. The Doctor (Hoke) informed Plaintiff that it was an "elective procedure". Plaintiff then advised that he was on HRT Med's before coming to jail and that Plaintiff was not seeking to have the Jail and/or ACH to conduct a Gender reassignment procedure. That plaintiff was only requesting his Medications.

After Dr. William Hoke who is employed by (ACH) Advanced Correctional HealthCare consulted his boss Dr. Greg Rorestraw (ACH) Advanced Correctional HealthCare, he (Dr. Hoke) informed the Jail Commander Randy Schnell that they would not prescribe HRT Medications.

Plaintiff was also never properly assesed when seeing the Doctors @ (Dr. Ronald Everson or Dr. William Hoke) when seeing them. Plaintiff was also reviewing his Medical Records and Doctor notes/assesments and a Correctional Officer (Glen Sanders) signed off on Dr. Eversons assesments as his nurse when in fact Officer Sanders is a Correctional Officer with no medical degree. Due to the above listed is a complete act of discrimination due to my gender identity as well as cruel and unusual punishment which is both a violation of my consitutional rights.

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    ____Yes  ✓ No

    If you answer is "Yes" describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label **"V. Previous Lawsuits and Administrative Relief"**.)

    A.  Parties to previous lawsuits:

    Plaintiff(s):_____

    Defendant(s):_____

    B.  Name and location of court and docket number:

    C.  Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)_____

    D.  Issues raised:_____

    E.  Approximate date of filing lawsuit:_____

    F.  Approximate date of disposition:_____

2.  I have previously exhausted available administrative remedies regarding the events or acts complained of in Part III of this complaint.  ✓ Yes ____No

    If your answer is "Yes", briefly describe how relief was sought and the result:

I (Shawn W. Vinningham) attempted to speak with Dr. Everson as well as Dr. Hohne. I made them aware of the medications that I was currently prescribed. In the begining Dr. Everson whom is employed by ACH (a medical Staffing Company) whom has a contract with the Dubois County Security Center

8

informed me that he would have to check jail policy as well as ACH's (Advanced Correctional Healthcare) policy. I never seen Dr. Everson again after this. I was then seen by the new attending jail Doctor Dr. William Hoke who denied Medications after speaking with the Directing Doctor Dr. Greg Rakestraw ACH.

I have filed a grievance and spoke with both the jail Commander (Randy Schnell) as well as the Sheriff (Donnie Lampert) I have exhausted all available administrative remedies.

9

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, of for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal using this format on a blank sheet which you should label "VI. **Previously Dismissed Actions or Appeals**".

   A. Parties to previous lawsuit:
      Plaintiff(s): ~~[redacted]~~
      Defendant(s): ~~[redacted]~~

   B. Name and location of court and docket number: ~~[redacted]~~

   C. Grounds for dismissal:
      ( ) Frivolous    ( ) Malicious    ( ) Failure to state a claim upon which relief may be granted

   D. Approximate date of filing lawsuit: _____

   E. Approximate date of disposition: _____

## VI. REQUEST FOR RELIEF

I request the following relief:

I request that the Court declare the ~~actions~~ defendants actions unconstitutional and order that I be permitted HRT Medications.

_____                    _____
Signature of Attorney (if any)                Plaintiff's Signature

Date: 01/04/2014

10

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint in **true and correct.**

Executed at  Dubois Co. Security Center
265 Brucke Strasse
Jasper, IN 47546 on  01/04/2014
(Location) (Date)

County of Dubois Co. Indiana
City of Jasper
State of Indiana

_____
Prisoner's Original Signature

Jan. 4, 2014